# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RODNEY DAVIS** | § | **PLAINTIFF** |
| | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:18cv207-HSO-JCG** |
| | § | |
| | § | |
| | § | |
| **CLOPLAY CORPORATION** *also* | § | |
| *known as* Cloplay Plastics Products Co., | § | |
| Inc. | § | **DEFENDANT** |

## FINAL JUDGMENT

Having come on for consideration the Defendant Cloplay Corporation's

Motion [4] to Dismiss, and in accord with its Order entered herewith, the Court is of

the opinion that all claims asserted by Plaintiff Rodney Davis against Defendant

Cloplay Corporation, also known as Cloplay Plastics Products Co., Inc., should be

dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action

is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 15th day of March, 2019.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE